IN THE ~~Bankruptcy~~ OF Laramie COUNTY, WY

MARIE K. DEMOSTHENES, PLAINTIFF

NO: 12-20845
08-22-12

VS.

VMF mortgage DEFENDANTS

**LIS PENDENS NOTICE**

STATE OF WY
COUNTY OF LARAMIE

TO THE CLERK OF THE LARAMIE COURT OF SAID COUNTY:

You are hereby notified that on the 15 day of APRIL 2013 suit was instituted by the undersigned in the above captioned and styled cause in the Bankruptcy Court of Laramie County, WY, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendants | Kind of Suit |
|---|---|---|
| Marie K. DEMOSTHENES | VMF mortgage | Bankruptcy |

[Filed stamp: 2013 APR 15 PM 2:51, TIM J. ELLIS CLERK, FILED IN THE US BANKRUPTCY COURT DISTRICT OF WYOMING, BY DEPUTY CLERK]

The following described real estate situated in Platte County, [signature] is involved in said suit, to-wit:

The nature of the lien, right or interest sought to be enforced is as follows: [Plaintiff brings this action to confirm title, remove clouds from title and to compel Defendants to convey legal title to the above described mineral interest based on the fact that Plaintiff has paid to purchase said interest and the Defendants and/or their successors in interest have failed to convey the above described mineral interest and, therefore, Defendants hold the interest in trust for the benefit of the Plaintiff.]

WITNESS MY SIGNATURE this the 15 day of April, 2013.

Respectfully submitted,

Marie R. Demosthen

# 307 3rd Street



*Built in 2009, this home is like new. This unbelievable 3 bedroom, 2 bath home has 1,188 Sq. ft. of living space, vaulted ceilings, a master bed and bath, separate laundry room, and an attached 1-car garage. The lot is 12,700 Sq. ft. with beautiful flowers and is located next to the park. Must see, seller is very motivated to sell.*

## $159,900

| | | | |
|---|---|---|---|
| * Ranch Style Home | Square Footage: | 1,188 Total | Inclusions: |
| * Three Bedrooms | Living Room: | 21 x 21 | Dishwasher |
| * Two Baths | Kitchen: | 18 x 12 | Microwave |
| * 1-Car Garage | Master Bdrm: | 12 x 15 | Range/Oven |
| * Built in 2009 | Second Bdrm: | 10 x 12 | Washer |
| * Wood/Hardboard | Third Bdrm: | 10 x 12 | Dryer |
| * Lot Size - 12,700 Sq. ft. | | | |
| * 2012 Taxes - $793.00 | | | |



**Phyllis Gapter**
307-331-0589
phyllis@cheyennehomes.com
307-634-2222 | www.cheyennehomes.com | 800-289-0998
6106 Yellowstone Road • Cheyenne, WY 82009

#1 PROPERTIES

The information contained in this brochure was taken from sources believed to be reliable. It is not guaranteed. Distances and measurements are approximate and subject to correction. Buyer should verify any material facts.